**FILED**

APR 2 2 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:26CR00183-ZMB/SRW** |
| | ) | |
| IVAN SAID HENRIQUEZ COREA, | ) | Counts 1-3, 5-7, 9, and 11-17 |
| a/k/a "Zair", | ) | |
| JOSE EDWARDO MALDONADO VARGAS, | ) | Counts 1, 4, 12, 15 |
| a/k/a "Oscar Rodriguez-Lopez", | ) | |
| a/k/a "Lalo", | ) | |
| MANUEL DEJESUS HERNANDEZ MALDONADO, | ) | Counts 1, 10, 18 |
| HEBER MARCELINO FIGUEROA BARDALES, | ) | Counts 2, 3, 8, and 19 |
| EDGAR CRUZ RAMIREZ, | ) | Counts 2 and 3 |
| THOMAS ALLEN HULL, | ) | Counts 2 and 3 |
| MARIA AMABIL HERNANDEZ, | ) | Counts 1, 10, 18 |
| JOAN HURTADO JIMENEZ, | ) | Count 20 |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

**COUNT 1**

The Grand Jury charges that:

Beginning at an exact time unknown to the Grand Jury, but including between November 10, 2025 and April 3, 2026, and continuing up to and through the date of this indictment within the Eastern District of Missouri and elsewhere, the defendants,

**IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",**
**JOSE EDWARDO MALDONADO VARGAS, a/k/a Oscar Rodriguez-Lopez, a/k/a "Lalo",**
**MANUEL DEJESUS HERNANDEZ MALDONADO,**
**MARIA AMABIL HERNANDEZ,**

and others, did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons both known and unknown to this Grand Jury, to commit offenses against

the United States, to wit: to knowingly and intentionally distribute and possess with intent to distribute cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and

All in violation of Title 21, United States Code, Section 846.

<u>Quantity of Cocaine Involved in the Conspiracy</u>

With respect to, the amount involved in the conspiracy attributable to **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 500 grams or more of cocaine thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B).

**JOSE EDWARDO MALDONADO VARGAS, a/k/a Oscar Rodriguez-Lopez, a/k/a "Lalo",** is punishable under Title 21, United States Code, Section 841(b)(1)(C).

**MANUEL DEJESUS HERNANDEZ MALDONADO** is punishable under Title 21, United States Code, Section 841(b)(1)(C).

**MARIA AMABIL HERNANDEZ** is punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges that:

Beginning at an exact time unknown to the Grand Jury, but including between December 13, 2025 and April 3, 2026, and continuing up to and through the date of this indictment within the Eastern District of Missouri and elsewhere, the defendants,

**IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",**
**EDGAR CRUZ RAMIREZ,**
**HEBER MARCELINO FIGUEROA BARDALES,**
**THOMAS ALLEN HULL,**

and others, did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to transport, transfer, and cause to be transported firearms in and affecting interstate commerce to another person or persons knowing and having reasonable cause to believe that such conduct would result in the transfer of the firearms to individuals whose possession and receipt of the firearms would constitute a felony in violation of Title 18, United States Code, Section 933(a)(3).

## COUNT 3

The Grand Jury further charges that:

Beginning at an exact time unknown to the Grand Jury, but including between December 13, 2025 and April 3, 2026, and continuing up to and through the date of this indictment within the Eastern District of Missouri, the defendants,

**IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",
EDGAR CRUZ RAMIREZ,
HEBER MARCELINO FIGUEROA BARDALES,
THOMAS ALLEN HULL,**

and others, did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to purchase firearms in or otherwise affecting interstate commerce on behalf of, or at the request or demand of any person, knowing or having reasonable cause to believe that such other persons met the criteria of one or more paragraphs of Title 18 United States Code, Section 922(d), in that such persons were aliens illegally and unlawfully in the United States or had been convicted of crimes punishable by imprisonment for a term exceeding one year in violation of Title 18, United States Code, Section 932(b).

## COUNT 4

The Grand Jury further charges that:

On or about May 24, 2024, in the City of St. Louis within the Eastern District of Missouri,, the defendant, **JOSE EDWARDO MALDONADO VARGAS, a/k/a Oscar Rodriguez-Lopez, a/k/a "Lalo"**, did knowingly receive and possess one or more short-barreled rifles not registered to him in the National Firearms Registration and Transfer Record in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

## COUNT 5

The Grand Jury further charges that:

On or about November 20, 2025, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair"**, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 6

The Grand Jury further charges that:

On or about December 3, 2025, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair"**, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 7

The Grand Jury further charges that:

On or about December 13, 2025, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 8

The Grand Jury further charges that:

On or about December 18, 2025, in the City of St. Louis, within the Eastern District of Missouri, the defendant, **HEBER MARCELINO FIGUEROA BARDALES**, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 9

The Grand Jury further charges that:

On or about January 7, 2026, in the City of St. Louis, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 10

The Grand Jury further charges that:

On or about January 10, 2026, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri, the defendants,

**MANUEL DEJESUS HERNANDEZ MALDONADO,** and
**MARIA AMABIL HERNANDEZ,**

did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 11

The Grand Jury further charges that:

On or about January 15, 2026, in the City of St. Louis, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** knowing he was an alien illegally and unlawfully in the United States, knowingly possessed one or more firearms, and those firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 12

The Grand Jury further charges that:

On or about January 29, 2026, in the City of St. Louis and St. Louis County, State of Missouri, within the Eastern District of Missouri, the defendants,

**IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** and
**JOSE EDWARDO MALDONADO VARGAS, a/k/a Oscar Rodriguez-Lopez, a/k/a "Lalo",**

did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 13

The Grand Jury further charges that:

On or about January 29, 2026, in the City of St. Louis, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** knowing he was an alien illegally and unlawfully in the United States, knowingly possessed one or more firearms, and those firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 14

The Grand Jury further charges that:

On or about February 5, 2026, in the City of St. Louis, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** knowing he was an alien illegally and unlawfully in the United States, knowingly possessed one or more firearms, and those firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 15

The Grand Jury further charges that:

On or about February 12, 2026, in the City of St. Louis and St. Louis County, State of Missouri, within the Eastern District of Missouri, the defendants,

**IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** and
**JOSE EDWARDO MALDONADO VARGAS, a/k/a Oscar Rodriguez-Lopez, a/k/a "Lalo",**

did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 16

The Grand Jury further charges that:

On or about February 12, 2026, in the City of St. Louis, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 17

On or about March 12, 2026, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri, the defendant, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair",** did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 18

The Grand Jury further charges that:

On or about April 3, 2026, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri, the defendants,

**MANUEL DEJESUS HERNANDEZ MALDONADO** and
**MARIA AMABIL HERNANDEZ,**

did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to another person in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 19

The Grand Jury further charges that:

Prior to December 15, 2025, through January 7, 2026, and continuing up through the date of this indictment, in the Eastern District of Missouri, the defendant, **HEBER MARCELINO**

**FIGUEROA BARDALES,** an alien, was found in the United States after having been removed therefrom to Honduras, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States in violation of Title 8, United States Code, Section 1326(a).

## COUNT 20

The Grand Jury further charges that:

Prior to February 1, 2026, through February 12, 2026, and continuing up through the date of this indictment, in the Eastern District of Missouri, the defendant, **JOAN HURTADO JIMENEZ,** an alien, was found in the United States after having been removed therefrom to Mexico, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846 as set forth in Counts 1, 5, 6, 7, 10, 12, 15, 17, and 18 of this indictment, the defendants, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair", JOSE EDWARDO MALDONADO VARGAS, a/k/a Oscar Rodriguez-Lopez, a/k/a "Lalo", MANUEL DEJESUS HERNANDEZ MALDONADO,** and **MARIA AMABIL HERNANDEZ,** shall forfeit to the United States of America any property, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation/s and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations.

2.      Pursuant to Title 18, United States Code, Sections 934(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Sections 932(b) or 933(a)(5) as set forth in Counts 2 and 3, the defendants, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair", EDGAR CRUZ RAMIREZ, HEBER MARCELINO FIGUEROA BARDALES, and THOMAS ALLEN HULL** shall forfeit to the United States of America any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.      Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g)(3), 922(g)(5), 932(b), or 933(a)(3) as set forth in Counts 2, 3, 4, 8, 9, 11, 13, 14, and 16, the defendants, **IVAN SAID HENRIQUEZ COREA, a/k/a "Zair", EDGAR CRUZ RAMIREZ, HEBER MARCELINO FIGUEROA BARDALES, THOMAS ALLEN HULL, and JOSE EDWARDO MALDONADO VARGAS, a/k/a Oscar Rodriguez-Lopez, a/k/a "Lalo",** shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation

4.      Subject to forfeiture upon a conviction is a sum of money equal to the total property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the offenses set forth in Counts 1 through 7, 10, 12, 15, 17, and 18.

5.      The specific property subject to forfeiture includes, but is not limited to, the following:

    a.  An Anderson Manufacturing AM-15 semiautomatic rifle, serial number 20276691, seized on February 4, 2024.

b.  A Smith & Wesson M&P 10mm semiautomatic pistol, serial number NMW3072, seized on February 4, 2024.

c.  A black and gold unbranded AR-style semiautomatic pistol with no serial number seized on December 18, 2025.

d.  A Smith & Wesson M&P .40 caliber semiautomatic pistol, serial number HXR7973, seized on January 7, 2026.

e.  An American Tactical Omni Hybrid AR-style semiautomatic pistol, serial number NS165742, seized on January 15, 2026.

f.  A Smith & Wesson M&P 9mm semiautomatic pistol, serial number HPL9018, seized on January 15, 2026.

g.  An Anderson Manufacturing AM-15 semiautomatic pistol, serial number 22000607, seized on January 29, 2026.

h.  A Palmetto State Armory Dagger Compact 9mm semiautomatic pistol, serial number CA004034, seized on January 29, 2026.

i.  A Ruger Security-9 9mm semiautomatic pistol, serial number 387-32335, seized on January 29, 2026.

j.  An Anderson Manufacturing AM-15 semiautomatic pistol, serial number 20360564, seized on February 5, 2026.

k.  A Palmetto State Armory Dagger 9mm semiautomatic pistol, serial number CA001907, seized on February 5, 2026.

l.  A Taurus G2C 9mm semiautomatic pistol, serial number ADG490777, seized on February 12, 2026.

6.  If any of the property described above, as a result of any act or omission of the

defendant:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be divided without

difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL.

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

JOHN R. MANTOVANI #50867MO
Assistant United States Attorney